| | | |
|---|---|---|
| JOANNA OBUZOR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:23-cv-1488 |
| | ) | |
| v. | ) | |
| | ) | |
| JESSE CLAYTON, ET AL., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER**
**REGARDING DISCOVERY AND DOCUMENTS LABELED "CONFIDENTIAL"**

**EXHIBIT A**

_____, being duly sworn, states:

1.   I am employed by _____ and my position

   is _____.

2.   I have read the Stipulated Confidentiality Agreement and Protective Order

   Regarding Discovery and Documents Labeled "Confidential" ("Order") entered in

   the above-captioned matter.

3.   I am familiar with, understand, and agree to comply with and be bound by the terms

   of this Order.

4.   I will not disclose to persons other than those specifically authorized by this Order,

   and I will not copy or use any information obtained pursuant to this Order except for

   purposes of this litigation.

5.   I consent to the jurisdiction of the United States District Court for the Western

   District of Pennsylvania and to venue in that Court, to enforce the Order, to punish

   disobedience of the Order, and to decide all issues involving the Order.

***[SIGNATURE PAGE TO FOLLOW]***

_____
(Signature of person undertaking confidentiality)

_____
(Printed name of person undertaking confidentiality)

SWORN TO BEFORE ME and subscribed in my presence this _____ day of
_____, 20_____.

_____
Notary Public

My Commission expires: